STEPHEN D. HANS & ASSOCIATES, P.C.
30-30 Northern Boulevard, Suite 401
Long Island City, New York 11101
Tel: 718.275.6700
Fax: 718.275.6704
*Attorneys for the Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SID MEHTA

                                  **Case No.: 23-cv-05519**

                      Plaintiff,

       -against-

                                  **ANSWER**

MUSICBREEDS, INC., and ISAIAH GRIGG, as an individual

                    Defendants.
-----------------------------------------------------------------------X

The defendants **MUSICBEEDS, INC** and **ISAIAH GRIGG** as an individual (hereinafter referred

to, collectively, as the "Defendant"), by and through their attorneys, STEPHEN D. HANS AND

ASSOCIATES, P.C., as and for their Answer to the complaint dated and filed on June 28, 2023

(hereinafter the "Complaint") by the plaintiff SID MEHTA (hereinafter referred to as the

"Plaintiff"), respond as follows:

### AS AND FOR AN ANSWER TO PLAINTIFF'S ALLEGATIONS REGARDING "INTRODUCTION"

1.      With respect to the allegations contained in Paragraph 1 of the Complaint, the Defendants

deny having knowledge or information sufficient to form a belief as to the truth or falsity of the

allegations contained in such Paragraph.

**2.**      With respect to the allegations contained in Paragraph 2 of the Complaint, the Defendants

state that such allegations consist of statements and/or conclusions of law and/or statements calling

for a legal conclusion, to which no responsive pleading is required.

3.      With respect to the allegations contained in Paragraph 3 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

4.      With respect to the allegations contained in Paragraph 4 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

5.      With respect to the allegations contained in Paragraph 5 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

**AS AND FOR AN ANSWER TO PLAINTIFF'S
ALLEGATIONS REGARDING "PARTIES"**

6.      With respect to the allegations contained in Paragraph 6 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

7.      With respect to the allegations contained in Paragraph 7 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

8.      With respect to the allegations contained in Paragraph 8 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

9.      With respect to the allegations contained in Paragraph 9 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

10.     With respect to the allegations contained in Paragraph 10 of the Complaint, the Defendants admit the allegations contained in such Paragraph.

11.     With respect to the allegations contained in Paragraph 11 of the Complaint, the Defendants admit the allegations contained in such Paragraph.

12.     With respect to the allegations contained in Paragraph 12 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

13.     With respect to the allegations contained in Paragraph 13 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

14.     With respect to the allegations contained in Paragraph 14 of the Complaint, the Defendants admit the allegations contained in such Paragraph.

15.     With respect to the allegations contained in Paragraph 15 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

16.     With respect to the allegations contained in Paragraph 16 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

17.     With respect to the allegations contained in Paragraph 17 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

18.     With respect to the allegations contained in Paragraph 18 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

19.     With respect to the allegations contained in Paragraph 19 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

20.     With respect to the allegations contained in Paragraph 20 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

21.     With respect to the allegations contained in Paragraph 21 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

22.     With respect to the allegations contained in Paragraph 22 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

23.     With respect to the allegations contained in Paragraph 23 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

24.     With respect to the allegations contained in Paragraph 24 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

25.     With respect to the allegations contained in Paragraph 25 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

26.     With respect to the allegations contained in Paragraph 26 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

27.     With respect to the allegations contained in Paragraph 27 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

28.     With respect to the allegations contained in Paragraph 28 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

## AS AND FOR FIRST CAUSE OF ACTION
## "FAIR LABOR STANDARDS ACT (FLSA) VIOLATIONS"

29.     The Defendants repeats and reasserts each and every one of the responses contained in the proceeding paragraphs hereof with the same force and effects as though fully set forth herein.

30.     With respect to the allegations contained in Paragraph 30 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

31.     With respect to the allegations contained in Paragraph 31 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

32.     With respect to the allegations contained in Paragraph 32 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

33.     With respect to the allegations contained in Paragraph 33 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

34.     With respect to the allegations contained in Paragraph 34 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

35.     With respect to the allegations contained in Paragraph 35 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

## AS AND FOR A SECOND CAUSE OF ACTION
## "NEW YORK LABOR LAW (NYLL) VIOLATIONS"

36.     The Defendants repeats and reasserts each and every one of the responses contained in the proceeding paragraphs hereof with the same force and effects as though fully set forth herein.

37.     With respect to the allegations contained in Paragraph 37 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

38.     With respect to the allegations contained in Paragraph 38 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

39.     With respect to the allegations contained in Paragraph 39 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

40.     With respect to the allegations contained in Paragraph 40 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

41.     With respect to the allegations contained in Paragraph 41 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

42.     With respect to the allegations contained in Paragraph 42 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

43.     With respect to the allegations contained in Paragraph 43 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

44.     With respect to the allegations contained in Paragraph 44 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

45.     With respect to the allegations contained in Paragraph 45 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

46.     With respect to the allegations contained in Paragraph 46 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

47.     With respect to the allegations contained in Paragraph 47 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

48.     With respect to the allegations contained in Paragraph 48 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

49.     With respect to the allegations contained in Paragraph 49 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

50.     With respect to the allegations contained in Paragraph 50 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

### AS AND FOR THIRD CAUSE OF ACTION
### "BREACH OF CONTRACT/ DETRIMENTAL RELIANCE"

51.     The Defendants repeats and reasserts each and every one of the responses contained in the proceeding paragraphs hereof with the same force and effects as though fully set forth herein.

52.     With respect to the allegations contained in Paragraph 52 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

53.     With respect to the allegations contained in Paragraph 53 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

54.     With respect to the allegations contained in Paragraph 54 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph..

55.     With respect to the allegations contained in Paragraph 55 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

56.     With respect to the allegations contained in Paragraph 56 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

57.     With respect to the allegations contained in Paragraph 57 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

## RESPONSE TO PLAINTIFF'S PRAYER FOR RELIEF

The Defendants, upon information and belief, deny all statements made with respect to Defendants and assert that the Plaintiff is not entitled to any of the relief from the Defendants as sought in the Plaintiff's Prayer for Relief, including subparagraphs (A) through (F) thereof.

## AFFIRMATIVE AND OTHER DEFENSES

The Defendants assert the following affirmative and other defenses without assuming any burden of production or proof that they would not otherwise have.  The Defendants further assert that, to the extent that the Plaintiffs' claims as alleged are vague or unclear, so as to render it difficult or impossible to identify and assert every possible affirmative or other defense, the Defendants hereby expressly reserve their rights to assert additional defenses should further proceedings in this action, including the progress of any discovery, reveal that such additional defenses would be applicable and appropriate.

**AS AND FOR A FIRST DEFENSE TO THE PLAINTIFF'S COMPLAINT**

The Defendants state, in the alternative, if necessary, that if they are found to have violated any law or regulation, that any such violation was not willful.

**AS AND FOR A THIRD DEFENSE TO THE PLAINTIFF'S COMPLAINT**

Plaintiff' claims pursuant to New York Labor Law § 195 for alleged failure to provide required wage notices and/or wage statements are barred and/or may be reduced for any pay periods in which the Defendants made complete and timely payment for all wages due as required by the applicable articles of the New York Labor Law.

**RESERVATION OF RIGHTS TO ASSERT ADDITIONAL DEFENSES**

The Defendants state that they currently have insufficient knowledge or information on which to form a belief as to whether they may have additional, as yet unstated, defenses available.  As such, the Defendants expressly reserve the right to assert additional defenses, and to seek to amend this Answer to include any such additional defenses, in the event that discovery indicates that any such additional defenses would be appropriate.

WHEREFORE, the Defendants respectfully request that judgment be entered by this Court dismissing any claims in the Plaintiff's Complaint that may be lacking in merit, with prejudice, and granting such further relief as may be just and proper.

Dated: Long Island City, New York
        October 16, 2023

STEPHEN D. HANS & ASSOCIATES, P.C.

By:_____/s/Stephen D. Hans_____
     Stephen D. Hans (SH-0798)
     30-30 Northern Boulevard, Suite 401
     Long Island City, New York 11101
     Tel: 718.275.6700
     *Attorneys for the Defendants*

- 9 -