UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SID MEHTA,

                                    Plaintiff,

           -v-

MUSICBREEDS, INC. and ISAIAH GRIGG,

                                    Defendants.

CIVIL ACTION NO. 23 Civ. 5519 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Yesterday, October 18, 2023, the Court scheduled an initial case management conference (the "Conference") to take place on November 21, 2023.  (ECF No. 16).  Today, October 19, 2023, the Honorable Judge Andrew L. Carter, Jr. issued an Order referring the case to mediation under Local Civil Rule 83.9.   (ECF No. 17).

Accordingly, the Conference is ADJOURNED sine die.  Within **seven days** of the conclusion of the mediation, the parties shall file (i) a joint letter reporting on the status of their settlement efforts and, if appropriate, (ii) a Report of Rule 26(f) Meeting and Proposed Case Management Plan signed by counsel for each party.   A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

The Clerk of Court is respectfully directed to terminate the November 21, 2023 Conference.

Dated:        New York, New York
              October 19, 2023

                              SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**