UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEHTA,<br><br>                          **Plaintiff,**<br><br>-v.-<br><br>MUSIC BREEDS, INC. *et al.*,<br><br>                          **Defendant** | **23-CV-05519 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      Defendants are ORDERED to respond to Plaintiff's December 24, 2024 letter motion to reopen the case (ECF No. 30) on January 2, 2025.

**SO ORDERED.**

Dated:    **December 30, 2024**
               **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**