UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEHTA,<br><br>                    **Plaintiff,**<br><br>-v.-<br><br>MUSIC BREEDS, INC. *et al.*,<br><br>                    **Defendant** | **23-CV-05519 (ALC)**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

      The Parties' Joint Status Report filed on February 11, 2025 asked the Court to keep this matter open and also stated that the Parties would file a further status report at the end of March. The Court has not seen any such filing. The Parties are ORDERED to advise the Court as to the status of this case on June 13, 2025. The JSR should note whether the case should be re-closed.

**SO ORDERED.**

Dated:     **June 5, 2025**
              **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**