UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEHTA, <br><br>                                     **Plaintiff,** <br><br>                                     -v.- <br><br> **MUSIC BREEDS, INC.** *et al.*, <br><br>                                    **Defendant** | **23-CV-05519 (ALC)** <br><br> <u>**ORDER**</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff's Status Report filed on June 6, 2025 advised the Court that it would ask the Court to enter a Confession of Judgment in this action if Defendants failed to make the next payment due July 17. To date, the Court has not received a request from Plaintiff to enter a Confession of Judgment. The Parties are ORDERED to submit a Joint Status Report on or before August 22, 2025 advising the Court whether this case should remain open.

**SO ORDERED.**

**Dated:**     **August 15, 2025**
              **New York, New York**

                                                            **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**