**MEMO ENDORSED**

# STEPHEN D. HANS & ASSOCIATES, P.C.
LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/15/2025__

January 2, 2025

*VIA ECF*
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
Brooklyn, NY 10007

Re: **Mehta v. MusicBreeds, Inc et al**
**Case No. 23-cv-05519-ALC-SLC**

Dear Judge Carter:

I am writing to inform the Court that I have formally represented the Defendant in the above matter. This matter was resolved by a settlement agreement, executed on March 1, 2024, and subsequently filed by the Plaintiff's counsel.

However, Plaintiff's counsel has now asked for this matter to be reopened. As my representation concluded when the above matter was resolved and given that the Defendant is currently unable to retain my firm for any enforcement proceedings, I respectfully request to be relieved as counsel for the Defendant immediately.

Should the Court require a formal motion, I am prepared to submit one if so advised.

I thank the Court in advance for your consideration in this matter.

Respectfully Submitted,

_____/s/Stephen Hans_____
Stephen D. Hans, Esq. (SH-0798)
30-30 Northern Boulevard
Suite# 401
Long Island City, NY 11101
Tel: 718-275-6700

www.hansassociates.com

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

New York, NY
August 15, 2025

In light of Mr. Hans's apparent continued participation in this action subsequent to the filing of this letter (*see* ECF No. 35), the Court **DENIES** his request as moot but without prejudice. If Mr. Hans has since ceased representing Defendants, he may file a renewed request to withdraw. The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 32.