**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x

MEHTA

                Plaintiff,

      -against-            :      **1:23-cv-5519-ALC**

MUSICBREEDS INC.          :      <u>ORDER</u>

            **Defendants.**

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On November 25, 2025, the Parties filed a joint status report, stating that defense counsel remains unable to communicate with Defendant and that Plaintiff has only received a little over half of the settlement, despite the full amount being due on September 1, 2025. ECF No. 43. The Parties ask the Court to enter a Confession of Judgment, referring to ECF No. 30.

The Court will conduct a telephone status conference in this action on December 5, 2025 at 4 pm. The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

**Dated:** December 1, 2025

      **New York, New York**               **ANDREW L. CARTER, JR.**
                                          **United States District Judge**