**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

**MEHTA**                                                                    :
                                                                             :
                                          **Plaintiff,**                     :
                                                                             :         **23-CV-5519 (ALC)**
                **-against-**                                                :
                                                                             :         **ORDER**
**MUSICBREEDS, INC., ET AL**                                                 :
                                                                             :
                                          **Defendants.**                    :
                                                                             :
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

On December 5, 2025, the Court held a status conference. Attorney Stephen D. Hans for

Defendants moved to withdraw as counsel due to an inability to communicate with Defendants.

The motion for leave to withdraw as counsel is hereby **GRANTED** in accordance with Local

Civil Rule 1.4.

**SO ORDERED.**

**Dated:**      **New York, New York**
                **December 8, 2025**

                                                                **ANDREW L. CARTER, JR.**
                                                                **United States District Judge**