**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------X
**Mehta**,

       Plaintiff,

                     23 Civ. 5519 (ALC)


       - against -            **ORDER OF DISCONTINUANCE**

**MusicBreeds Inc. et al**,

       Defendant.
-------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within fifteen months.

    SO ORDERED:

Dated: New York, New York
June 15, 2026

_____
Andrew L. Carter, Jr.
United States District Judge