**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **MEHTA**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**MUSICBREEDS INC.**<br><br>**Defendants.** | : | **1:23-cv-5519-ALC**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will conduct a telephone hearing regarding the request for a preliminary injunction in this action on **July 15, 2026 at 4 pm.** The Parties should contact the Court at 1-855-244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

**Dated: July 7, 2026**

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**